

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00074-CV
_____

IN RE WILLIAM R. NORTON

Original Mandamus Proceeding

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Lasagna Vaughn sued William R. Norton for damages resulting from personal injuries allegedly received in an automobile accident. The jury returned a verdict for Vaughn and awarded damages of $21,886.00 in past physical pain and mental anguish, $23,114.00 in past medical expenses, and zero for all other elements of damage submitted to the jury. Vaughn filed a motion for new trial. On June 25, 2019, the trial court granted Vaughn's motion for new trial, stating only that the verdict was against the great weight and preponderance of evidence presented at trial. The order did not explain the basis of the trial court's conclusion that the verdict was against the great weight and preponderance of the evidence.

Norton filed a petition for writ of mandamus in this Court, seeking to vacate the trial court's June 25, 2019, order granting Vaughn's motion for new trial. After Norton filed his petition for writ of mandamus, the trial court entered an amended order on August 21, 2019, that specifically detailed the court's reasons for granting a new trial. Because Norton complained of the June 25, 2019, order and that order is now moot, we deny the requested relief. *See In re Smith*, No. 06-10-00116-CV, 2010 WL 4679853 (Tex. App.—Texarkana Nov. 18, 2010, orig. proceeding) (mem. op.).

Ralph K. Burgess
Justice

Date Submitted:     August 28, 2019
Date Decided:       August 29, 2019

2